The Law Office of Jonathan E. Hill (Attorney ID 032361988)
52 South Street
Second Floor
Morristown, New Jersey 07960
973-898-1119 (phone)
973-898-1176 (FAX)

Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLY REITZER,<br><br>    Plaintiff,<br><br>vs.<br><br>INNOVATIVE CLAIMS STRATEGIES, LLC,<br><br>    Defendant. | Civil Action No.<br><br>**NOTICE OF REMOVAL** |

TO:   MR. WILLIAM T. WALSH
        Clerk, United States District Court for the District of New Jersey
        Martin Luther King Building & U.S. Courthouse
        50 Walnut Street
        Room 4015
        Newark, New Jersey 07101

SIR:

PLEASE TAKE NOTICE THAT defendant, Innovative Claims Strategies, LLC ("ICS"), a New Jersey limited-liability company with its principal place of business located at 30 Knightsbridge Road, Suite 525-229, Piscataway, New Jersey 08854, hereby removes this action to the United States District Court for the District of New Jersey, and in support of this removal states as follows:

1. On July 29, 2021, plaintiff, Kelly Reitzer, filed a Complaint against ICS in the Superior Court of New Jersey, Law Division, Middlesex County, which is pending as Docket No. MID-L-4486-21. That Complaint purported to allege causes of action under the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 *et seq.*, and the New Jersey Wage and Hour Law, N.J.S.A. 34:11-4.10(a). A copy of the Complaint filed by plaintiff on July 29, 2021, is attached hereto as Exhibit A.

2. ICS filed an Answer to that Complaint on September 2, 2021. A copy of ICS's Answer is attached hereto as Exhibit B.

3. On June 8, 2022, plaintiff filed a motion seeking to amend her Complaint to add a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.* That motion to amend her Complaint was the first document received by defendant from which it could be ascertained that the case had become removable. A copy of the papers in support of plaintiff's motion to amend her Complaint is attached hereto as Exhibit C.

4. On June 24, 2022, the Superior Court of New Jersey granted plaintiff's motion to Amend her Complaint. A copy of the Court's Order is attached hereto as Exhibit D.

5. Plaintiff filed her First Amended Complaint on June 27, 2022. That First Amended Complaint contained a claim for sexual harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.* A copy of plaintiff's First Amended Complaint is attached hereto as Exhibit E.

6. ICS filed an Answer to Amended Complaint with Counterclaim on July 4, 2022. A copy of that Answer with Counterclaim is attached hereto as Exhibit F.

7. Exhibits A, C, and E constitute all process and pleadings that were served upon defendant.

8. The Amended Complaint purports to assert causes of action against ICS for, among other things, a violation of Title VII of the Civil Rights Act of 1964, 28 U.S.C. §2000e *et seq.*

9. Because plaintiff purports to assert a claim under a federal statute, this United Stated District Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 and, therefore, the action may properly be removed to this United States District Court pursuant to 28 U.S.C. §1441(a).

10. This Notice is filed within the 30-day period for removal after service of the motion to Amend plaintiff's Complaint upon defendant, which 30-day period expires on July 8, 2022.

11. A copy of this Notice of Removal is being filed in the Superior Court of New Jersey, Law Division, Middlesex County.

                                          JONATHAN E. HILL, ESQ.
                                          Attorney for Defendant

                                          _____
                                          JONATHAN E. HILL

DATED: July 6, 2022.